**No. 25-7781**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

GAVIN NEWSOM, *in his official capacity as Governor of the State of California*;
STATE OF CALIFORNIA,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States*;
PETER HEGSETH, *in his official capacity as Secretary of the Department of
Defense*; UNITED STATES DEPARTMENT OF DEFENSE,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Northern District of California

## DEFENDANTS-APPELLANTS' MOTION TO DISMISS

BRETT A. SHUMATE
  *Assistant Attorney General*

ERIC D. McARTHUR
  *Deputy Assistant Attorney General*

MARK R. FREEMAN
SHARON SWINGLE
ANDREW M. BERNIE
J. KAIN DAY
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7517*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 353-2689*

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), defendants move to dismiss the above-captioned appeal, with each party to bear its own costs. Plaintiffs oppose the motion to dismiss and plan to file an opposition with the Court before the applicable deadline.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC D. MCARTHUR
*Deputy Assistant Attorney General*

MARK R. FREEMAN
SHARON SWINGLE
ANDREW M. BERNIE

*/s/ J. Kain Day*
J. KAIN DAY
*Attorneys, Appellate Staff*
*Civil Division, Room 7517*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 353-2689*
*sharon.swingle@usdoj.gov*

January 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) and Local Rules 27-1(d) and 32-3 because it contains 42 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Times New Roman 14-point font, a proportionally spaced typeface.

*/s/ J. Kain Day*
J. Kain Day